UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
BOBBY GOLDSTEIN PRODUCTIONS, INC.,

                         Plaintiff,                        20 cv 9576 (PKC)

    -against-

                                                              ORDER

TVi MEDIA GROUP LLC,
                       Defendant.
-----------------------------------------------------------x
CASTEL, U.S.D.J.:

        Plaintiff Bobby Goldstein Productions, Inc. brings this action invoking subject matter jurisdiction by reason of diversity of citizenship, 28 U.S.C. § 1332.  Defendant TVi Media Group LLC is described as a "New York limited liability company with its principal place of business at 230 Park Avenue, 3rd Floor, New York, New York 10169."  (Compl't ¶ 8.)

        A complaint premised upon diversity of citizenship must allege the citizenship of natural persons who are members of a limited liability company and the place of incorporation and principal place of business of any corporate entities that are members of the limited liability company.  See Carter v. HealthPort Techs., LLC, 822 F.3d 47, 60 (2d Cir. 2016) ("In general, the citizenship of a limited liability company is determined by the citizenship of each of its members."); Strother v. Harte, 171 F. Supp. 2d 203, 205 (S.D.N.Y. 2001) ("For purposes of diversity jurisdiction, a limited liability company has the citizenship of each of its members."); Rule 8(a), Fed. R. Civ. P.

        The Complaint does not allege the citizenship of the members of defendant TVi Media Group LLC.  Within 21 days of this Order, Bobby Goldstein Productions, Inc. may serve upon TVi Media Group LLC an interrogatory limited to identifying the citizenship of all natural persons who are its members, and, if any corporation is a member, the jurisdiction under whose laws it is incorporated and the principal place of business.  Defendant shall have 14 days to respond to the interrogatory.

-2-

Within 45 days of this Order, plaintiff shall amend its complaint to allege the citizenship of TVi Media Group LLC, or the action will be dismissed for lack of subject matter jurisdiction.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated:    New York, New York
          November 16, 2020