UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BOBBY GOLDSTEIN PRODUCTIONS, INC., 20 CV 9576 (PKC)

                              Plaintiff,

- against -

**NOTICE OF VOLUNTARY DISCONTINUANCE WITH PREJUDICE**

TVI MEDIA GROUP LLC,

                              Defendant.

PLEASE TAKE NOTICE that pursuant to N.Y. CPLR 3217(a)(1), plaintiff Bobby Goldstein Productions, Inc., through its attorneys, hereby discontinues the above-captioned action against TVi Media Group LLC with prejudice, and without costs or attorney's fees to either party as against the other.

Dated: New York, New York
       December 23, 2020

                                          ROTTENBERG LIPMAN RICH, P.C.

                                          By: _____
                                              Harry W. Lipman (hlipman@rlrpclaw.com)
                                             Richard E. Rosberger (rrosberger@rlrpclaw.com)
                                          The Helmsley Building
                                          230 Park Avenue, 18th Floor
                                          New York, New York 10169
                                          Tel.: 212-661-3080
                                          Attorneys for Plaintiff
                                          Bobby Goldstein Productions, Inc.